PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

**Report on Offender Under Supervision**

Name of Offender: <u>Ruben Reyes</u>　　　　　　　　　　Case Number: <u>1:17-CR-177-LY(1)</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, U.S. District Judge</u>

Date of Original Sentence: <u>August 11, 2017</u>

Original Offense: <u>Possession with Intent to Distribute Heroin and Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)</u>

Original Sentence: <u>46 months' imprisonment, followed by a three-year term of supervised release. Special conditions include: General Education Diploma (GED); mental health treatment; mental health medication; substance abuse treatment; shall not use or possess alcohol or drugs; search condition; shall not associate or have any contact with members of the Bloods or any prison or street gang with the exceptiong of immediate family members; and a $100 special assessment (satisfied).</u>

Type of Supervision: <u>Supervised Release</u>　　　Date Supervision Commenced: <u>October 1, 2020</u>

Assistant U.S. Attorney: <u>Mark H. Marshall</u>　　　Defense Attorney: <u>Stephen M. Orr (Retained)</u>

---

### PREVIOUS COURT ACTION

None

### NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** "The defendant shall not use or possess alcohol or drugs."

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

Reyes, Ruben
Report on Offender Under Supervision
Page 2

**Nature of Noncompliance:** On June 22, 2021, the defendant submitted a random drug test which returned positive for opiates on July 1, 2021. The defendant denied any narcotic or medication use; therefore, the test was submitted to the regional drug testing lab for further evaluation. On July 16, 2021, the drug test was confirmed positive for extended opiates (codeine and hydrodcodone).

On June 22, 2021, a sweat patch was removed from the defendant. Said patch returned positive for cocaine on July 8, 2021. Furthermore, while on random drug testing, Reyes has submitted five (5) diluted specimens form April 2021 through June 2021.

**U.S. Probation Officer Action:** The probation office respectfully requests no adverse action be taken at this time. In October 2020, the defendant began attending treatment services for dual disorders and submitting to random drug testing. Reyes' drug testing intensity will be increased, and he will be closely monitored for compliance. Should the defendant incur any further violations, the Court will be immediately notified. Accordingly, the Court reserves the right to revisit this allegation in the future.

| Approved by, | Respectfully submitted, |
|---|---|
| Hector J. Garcia | Heather M. Durand |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| | Date: July 23, 2021 |

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other _____

_____
Honorable Susan Hightower
United States Magistrate Judge

Date:  July 23, 2021