PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

## Report on Offender Under Supervision

Name of Offender: <u>Ruben Reyes</u>     Case Number: <u>1:17-CR-177-LY(1)</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, U.S. District Judge</u>

Date of Original Sentence: <u>August 11, 2017</u>

Original Offense: <u>Possession with Intent to Distribute Heroin and Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)</u>

Original Sentence: <u>46 months' imprisonment, followed by a three-year term of supervised release. Special conditions include: General Education Diploma (GED); mental health treatment; mental health medication; substance abuse treatment; shall not use or possess alcohol or drugs; search condition; shall not associate or have any contact with members of the Bloods or any prison or street gang with the exceptiong of immediate family members; and a $100 special assessment (satisfied).</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>October 1, 2020</u>

Assistant U.S. Attorney: <u>Mark H. Marshall</u>     Defense Attorney: <u>Stephen M. Orr (Retained)</u>

---

## PREVIOUS COURT ACTION

On July 22, 2021, a Probation Form 12A was filed with the Court to address Reyes' June 22, 2021 positive drug test for codeine and hydrocodone. It was respectfully recommended no action be taken and the offender's drug intensity testing be increased. The Court concurred.

## NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** "The defendant shall not use or possess alcohol or drugs."

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Nature of Noncompliance:** On June 22, 2021, due to several diluted drug tests, a sweat patch was applied to Reyes. The patch was removed from the defendant on July 7, 2021. Said patch returned positive for cocaine on July 21, 2021. The defendant denied any narcotic use; however, he did admit that he touched cocaine at his cousin's house on an unspecified date.

Reyes, Ruben
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** The probation office respectfully requests no adverse action be taken at this time. As noted in the Probation Form 12A filed July 22, 2021, Reyes began attending treatment services for dual disorders and submitting to random drug testing in October 2020. In July 2021, Reyes' drug testing intensity was increased. He will be closely monitored for compliance. Reyes has been notified that any further noncompliance will result in the Probation Office seeking a warrant. Should the defendant incur any further violations, the Court will be immediately notified. Accordingly, the Court reserves the right to revisit this allegation in the future.

Approved by,

Hector J. Garcia
Supervising U.S. Probation Officer

Respectfully submitted,

Heather M. Durand
Senior U.S. Probation Officer
Date: August 9, 2021

**THE COURT ORDERS:**

[X] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other _____

Honorable Susan Hightower
United States Magistrate Judge

Date: August 9, 2021