PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Ruben Reyes</u>   Case Number: <u>1:17-CR-177-LY(1)</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, U.S. District Judge</u>

Date of Original Sentence: <u>August 11, 2017</u>

Original Offense: <u>Possession with Intent to Distribute Heroin and Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)</u>

Original Sentence: <u>46 months imprisonment, followed by a three-year term of supervised release; Special conditions include: General Education Diploma (GED); mental health treatment; mental health medication; substance abuse treatment; shall not use or possess alcohol or drugs; search condition; shall not associate or have any contact with members of the Bloods or any prison or street gang with the exception of immediate family members; and a $100 special assessment (satisfied)</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>October 1, 2020</u>

Assistant U.S. Attorney: <u>Mark H. Marshall</u>   Defense Attorney: <u>Stephen M. Orr (Retained)</u>

---

### PREVIOUS COURT ACTION

On July 22, 2021, a Probation Form 12A was filed with the Court to address the defendant's June 22, 2021, positive drug test for codeine and hydrocodone. It was respectfully recommended no action be taken and the offender's drug intensity testing be increased. The Court concurred.

On August 9, 2021, a Probation Form 12A was filed with the Court to address the defendant's July 22, 2021, positive drug test for cocaine. It was respectfully recommended no action be taken to complete drug treatment. The Court concurred.

### NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** "The defendant shall not use or possess alcohol or drugs."

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

Reyes, Ruben
Report on Offender Under Supervision
Page 2

**Nature of Noncompliance:** On May 20, 2022, due to several diluted drug tests, a sweat patch was applied to Reyes. The patch was removed from the defendant and returned positive for cocaine, opiates, and marijuana.

**U.S. Probation Officer Action:** The defendant began attending treatment services for dual disorders and submitting to random drug testing in October 2020. In July 2021, the defendant's drug testing intensity was increased due to a positive drug test. Reyes completed drug treatment this year; however, is requesting intensive drug treatment and wanting to continue in drug treatment to address his illegal drug use. The defendant has abstained from the use of any illegal drugs and has submitted to several urine samples the last 3 months and results have returned negative. Prior to the violation, the defendant had submitted 12 negative urine samples. If the defendant incurs any further violations, the Court will be immediately notified. Accordingly, the Court reserves the right to revisit this allegation in the future.

Approved by,

_____
Craig A. Handy
Supervising U.S. Probation Officer

Respectfully submitted,

_____
Lauro Garza
Senior U.S. Probation Officer
Date: September 14, 2022

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other _____

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: September 15, 2022